Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DEGENNARO, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br>LAW OFFICES OF FALONI & ASSOCIATES, LLC and JOHN DOES 1-25<br><br>Defendant(s). | Civil Case: 3:19-cv-21581-MAS-DEA<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

| | |
|---|---|
| *s/ Ben A. Kaplan*<br>Ben A. Kaplan, Esq.<br>CHULSKY KAPLAN LLC<br>280 Prospect Ave. 6G<br>Hackensack, NJ 07601<br>Phone: (877) 827-3395 ex 102<br>ben@chulskykaplanlaw.com<br>Attorneys for Plaintiff<br>Dated: May 28, 2020 | *s/ David A. Faloni, Jr.*<br>David A. Faloni, Jr., Esq.<br>LAW OFFICES OF FALONI & ASSOCIATES, LLC<br>165 Passaic Ave., Suite 301B<br>Fairfield, NJ 07004<br>Telephone (973) 226-0050<br>Dfaloni@falonilaw.com<br>Attorneys for Defendant<br>Dated: May 28, 2020 |

**Case closed.**

**So Ordered this 1st day of June, 2020.**

**Honorable Michael A. Shipp, U.S.D.J.**